UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Air Express International USA, Inc. et al.,

                               Plaintiffs,

-against-

Maersk, Inc. et al.,

                               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2022

1:21-cv-01722 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall file a joint letter regarding the status of discovery on May 6, 2022.

**SO ORDERED.**

DATED:      New York, New York
               March 14, 2022

_____
STEWART D. AARON
United States Magistrate Judge