```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AIR EXPRESS INTERNATIONAL USA, INC,  :
                                     :
          Plaintiff,                 :
                                     :       21-cv-1722 (JSR)
              -v-                    :
                                     :          ORDER
MAERSK, INC., ET AL.,                :
                                     :
          Defendants.                :
------------------------------------ :
                                     x
```

JED S. RAKOFF, U.S.D.J.

    This case was reassigned to the undersigned on April 10, 2022. In accordance with the Court's usual practice, all scheduling, discovery, and motions will be handled by Judge Rakoff. Accordingly, the previous order of reference to Magistrate Judge Aaron, ECF No. 48, is withdrawn.

    Moreover, the parties are instructed to prepare a case management plan in accordance with the Court's Form D, with a ready-for-trial date of August 22, 2022. The case management plan should incorporate the previously set discovery dates and motion practice deadlines, see ECF No. 50. The parties should submit the proposed case management plan by Tuesday, May 3, 2022. The parties are also reminded to familiarize themselves with the Court's Individual Rules of Practice.

SO ORDERED.

Dated:   New York, NY
         April 21, 2022

                                    _____
                                    JED S. RAKOFF, U.S.D.J.